UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARY A. KERBLER, by and through her )
Guardian Ad Litem and Conservator Ad Litem )
Nichole M. Sparks, )
                                                )
      Plaintiff, )
                                                )
v. )   Case No. 4:10 CV 2401 RWS
                                                )
FA FREIGHT, INC. a/ka/ FAF, INC. )
and JANE ANN RICE, )
                                                )
      Defendants. )

## STIPULATION OF DISMISSAL

All of the matters and things in controversy relating to property damages only in the above-entitled cause having been adjusted, compromised and finally settled by and between Defendant/Third Party Plaintiffs (Jane Ann Rice and FA Freight, Inc). and Third Party Defendant (Leon Smith), it is hereby stipulated and agreed by and between Defendant/Third Party Plaintiffs Jane Ann Rice and FA Freight, Inc and Third Party Defendant Leon Smith that Third Party cause of action as to property damages only be dismissed with prejudice; each party to bear its own costs.

Respectfully submitted,

ROBERTS PERRYMAN PC

_____
Ted L. Perryman, 28410MO
Korissa M. Zickrick, 56069MO
1034 S. Brentwood Blvd., Suite 2100
St. Louis, MO 63117
Attorneys for Defendant/Third Party Plaintiffs Jane Ann Rice
  and FA Freight, Inc., etc.

KORTENHOF, McGLYNN & BURNS, LLC

_____
Denis C. Burns, 22254MO
1015 Locust Street, Suite 710
St. Louis, MO 63101
Attorney for Third Party Defendant Leon Smith